UNITED STATES of America, Plaintiff–Appellee,

v.

Timothy ADAMS, Defendant–Appellant.

No. 01–6062.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Timothy Adams, pro se. Benjamin H. White, Jr., Office of United States Attorney, Greensboro, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Timothy Adams appeals from the district court's order denying his Fed. R.Civ.P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v.. Adams,* Nos. CR–94–302; CA–97–1225–1 (M.D.N.C. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*